IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JIMMIE BOZEMAN, #163 240         *

    Plaintiff,                              *

       v.                                     *          2:07-CV-251-MEF

SYLVESTER NETTLES, *et al.*,     *

    Defendants.                         *

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Bullock County Correctional Facility in Union Springs, Alabama, filed this 42 U.S.C. § 1983 action on March 21, 2007. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, shall be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before April 9, 2007 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a recommendation by the undersigned that this case be dismissed; and

2. The Clerk of Court MAIL to Plaintiff a form for use in filing a motion to proceed

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Bullock County Correctional Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

*in forma pauperis*.

  Done, this 26th day of March 2007.

           /s/ Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE