IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163 240 | * |
|    Plaintiff, | * |
|       v. | *   2:07-CV-251-MEF |
| SYLVESTER NETTLES, *et al.*, | * |
|    Defendants. | * |

**ORDER**

Plaintiff files the instant 42 U.S.C. § 1983 action alleging that he is supposed to get double portion meals and a snack at night because he is a diabetic. He complains, however, that Defendants refuse to comply with these dietary requirements.

The court has carefully reviewed the allegations contained in the instant action. Based on that review, the undersigned deems it necessary to direct Plaintiff to file an amendment to his complaint. Specifically, Plaintiff shall be directed to amend his complaint by filing a copy of his current dietary profile.

Accordingly, it is

ORDERED that on or before April 18, 2007 Plaintiff shall file an amendment to his complaint by filing a copy of his *current* dietary profile which reflects his present dietary requirements.

Plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 9th day of April 2007.

                     /s/ Wallace Capel, Jr.
                     WALLACE CAPEL, JR.
                     UNITED STATES MAGISTRATE JUDGE